| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Garrison_  ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name) _G APPISON_  C. Date of Delivery _12/11/06_ |
| 1. Article Addressed to:<br>Smart Alabama LLC<br>c/o George B Harris<br>401 Adams Ave., Ste 780<br>Montgomery, AL 36104 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1160 0002 5799 2731 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540