IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CATHY CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06 CV 1088-MHT |
| | ) | |
| SMART ALABAMA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

Comes now the Plaintiff, Cathy Caldwell, in the above-styled case and requests this Honorable Court to add the name of Thomas F. Kelly, Jr. as co-counsel for the Plaintiff, Cathy Cadlwell.

/s/ Thomas F. Kelly, Jr.
THOMAS F. KELLY, JR. (KEL056)

OF COUNSEL:
Thomas F. Kelly, Jr., P.C.
17 Court Square
P. O. Box 605
Clayton, AL 36016
Telephone: (334) 775-8009
Facsimile:  (334) 775-3102
Email: tfkelly@bellsouth.net

Richard F. Horsley
Lindsey O. Hill
GOOZEE, KING & HORSLEY, LLP
1 Metroplex, Suite 280
Birmingham, AL 35209
Telephone: (205) 871-1310
Facsimile: (205) 871-1310

Email: rfhala@cs.com

### CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using electronic filing which will send notification of such filing on this the 31st day of January, 2007.

Kathryn M Willis
Ronald W. Flowers, Jr.
Marcel L. Debruge
BURR & FORMAN LLP
420 North 20th Street, Suite 3100
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 485-5100


                                            /s/ Thomas F. Kelly, Jr.
                                            OF COUNSEL