IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHY CALDWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06 CV 1088-MHT |
| ) | |
| SMART ALABAMA, LLC, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF CHANGE OF ADDRESS

Comes Now Richard F. Horsley, and his firm, Goozee, King & Horsley, counsel for the Plaintiff, and notifies the Court, the Clerk, and all Counsel of Record of the following change of mailing address (all other contact information remains unchanged):

1 Metroplex, Suite 280
Birmingham, AL 35209

All mailings should be henceforth be sent to that address.

By: /s/Richard F. Horsley
Richard F. Horsley
Attorney for Plaintiff

OF COUNSEL:
Richard F. Horsley
Lindsey O. Hill
GOOZEE, KING & HORSLEY, LLP
1 Metroplex, Suite 280
Birmingham, AL 35209
Telephone: (205) 871-1310
Facsimile:  (205) 871-1310
Email:  rfhala@cs.com

Thomas F. Kelly, Jr., P.C.
17 Court Square
P. O. Box 605
Clayton, AL 36016
Telephone: (334) 775-8009
Facsimile:  (334) 775-3102
Email: tfkelly@bellsouth.net

CERTIFICATE OF SERVICE

    I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using electronic filing which will send notification of such filing on this the 31st day of January, 2007.

Kathryn M Willis
Marcel L. Debruge
BURR & FORMAN LLP
420 North 20th Street, Suite 3100
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 485-5100

       /s/Richard F. Horsley
      OF COUNSEL