IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHY CALDWELL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:06cv1088-MHT |
| | ) |
| SMART ALABAMA, LLC, | ) |
| | ) |
|    Defendant. | ) |

**O R D E R**

On February 22, 2007, the parties filed a joint Stipulation of Confidentiality (doc. # 13).  The Court has reviewed the Stipulation of Confidentiality which limits in the above-styled action the disclosure of information and categories of information designated therein, and being cognizant of the sensitive and confidential nature of said information, it is hereby

ORDERED, ADJUDGED AND DECREED that the Stipulation of Confidentiality be and is hereby ACCEPTED, ADOPTED, and INCORPORATED as an Order of this court.  The information and categories of information set out in said Stipulation of Confidentiality shall be disclosed and delivered pursuant to the provisions of said stipulation of confidentiality.

Done this 6th day of March, 2007.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE