IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CATHY CALDWELL, an individual** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No.: 2:06 CV 1088-MHT |
| | ) | |
| **SMART ALABAMA, LLC, a legal entity,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CORPORATE DISCLOSURE STATEMENT
## OF CATHY CALDWELL

COMES NOW the Plaintiff, Cathy Caldwell, and pursuant to Fed. R.Civ. P. 7.1, files her Corporate Disclosure Statement, as follows:

Plaintiff, Cathy Caldwell, is an individual and has no reportable relationships.

    /s/ Richard F. Horsley
Richard F. Horsley (HOR023)
Lindsey O. Hill (HIL055)
Attorneys for Plaintiff

**OF COUNSEL:**

**KING, HORSLEY & LYONS, LLC**
**1 Metroplex Drive, Ste. 280**
**Birmingham, Alabama 35209**
**(205) 871-1310**

**CERTIFICATE OF SERVICE**

_____I do hereby certify that I have filed the foregoing documents using the CM/ECF document filing program, which will cause a copy to be served via electronic mail, or alternatively, I have served a copy of the foregoing on all counsel of record by placing a copy of same in the U.S. Mail, prepaid first class postage, on this the __29th__ day of __June__, 2007.

Marcel L. Debruge, Esq.
Ronald W. Flowers, Jr., Esq.
Kathryn M. Willis, Esq.
BURR & FORMAN, LLP
420 North 20th Street
Suite 3100
Birmingham, Alabama 35203

Thomas F. Kelly, Jr.
P.O. Box 605
Clayton, Alabama 36016-0605