IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CATHY CALDWELL,              )<br>                              )<br>    Plaintiff,               )<br>                              )<br>    v.                        )<br>                              )<br>SMART ALABAMA, LLC,           )<br>                              )<br>    Defendants.               ) | CIVIL ACTION NO.<br>2:06cv1088-MHT |

**ORDER**

It is ORDERED as follows:

(1) Plaintiff's motion for leave to amend complaint (doc. no. 15) is set for submission, without oral argument, on July 16, 2007.

(2) Plaintiff is to file a brief by July 9, 2007. In her brief, plaintiff should address, among other things, whether her motion is timely under § 4 of the uniform scheduling order (doc. no. 8), and, if not, why the deadline should be excused.

(3) Defendant is to file a reply by July 16, 2007.

DONE, this the 2nd day of July, 2007.

              /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE