## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                              TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Caldwell v. Smart Alabama, LLC

Case Number:  2:06-cv-01088-MHT

Referenced Docket Entry - *** BRIEF/MEMORANDUM in Support of Motion for Leave to Amend Complaint - Doc. 20

The referenced docket entry was filed electronically  with  ERROR  on ***7/9/07***   and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because there was no PDF attached to the docket entry.  Please DISREGARD this docket entry. See Doc. Entry 21 for correction.