IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CATHY CALDWELL, | ) |
| | ) |
|    Plaintiff, | ) |
| | )  CIVIL ACTION NO. |
|    v. | )  2:06cv1088-MHT |
| | ) |
| SMART ALABAMA, LLC, | ) |
| | ) |
|    Defendant. | ) |

ORDER

It is ORDERED that the first motion for leave to file amended complaint (Doc. No. 15) is set for on-the-record oral argument on July 30, 2007, at 8:30 a.m.  Counsel for plaintiff Cathy Caldwell is to arrange for the argument to be conducted by telephone.

DONE, this the 23rd day of July, 2007.


                                  /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**