**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **CATHY CALDWELL, an individual,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 2:06 CV 1088-MHT** |
| ) | |
| **SMART ALABAMA, LLC, a legal entity,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF CORRECTION

This serves as notice that a mistake has been corrected in the electronic filing of SMART Alabama, LLC's Motion to Dismiss Plaintiff's Complaint or, In the Alternative, Motion for Summary Judgment **(Docket Entry No. 26)** filed on July 26, 2007.

The corrected SMART Alabama, LLC's Motion to Dismiss Plaintiff's Complaint or, In the Alternative, Motion for Summary Judgment was re-filed on July 26, 2007 **(Docket Entry No. 27)**.

1588756 v1

/s/ Ronald W. Flowers
Marcel L. Debruge (DEB006)
Ronald W. Flowers, Jr. (FLO031)
Kathryn M. Willis (MOR130)
Sonya E. Eubank (EUB007)

Attorneys for Defendant
SMART ALABAMA, LLC.

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this the 27th day of July, 2007:

Richard F. Horsley
Lindsey O. Hill
Goozee, King & Horsley
Shades Brook Bldg., Suite 200
3300 Cahaba Road
Birmingham, Al  35223
Phone:  (205) 871-1310

/s/ Ronald W. Flowers
OF COUNSEL

1588756 v1                                    2