IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CATHY CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv1088-MHT |
| | ) | |
| SMART ALABAMA, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Based upon the representations made during an on-the-record status conference on July 30, 2007, and by agreement of the parties, it is ORDERED that the motion for leave to amend complaint and to add party (Doc. No. 15) is denied.

DONE, this the 30th day of July, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE